| | | | |
|---|---|---|---|
| | AUSA: Roy R. Kranz | Telephone: | (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Nick Diedrich, BIA | Telephone: | (989) 775-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Kevin Allen Taylor

Case: 1:21-mj-30299
Judge: Unassigned
Filed: 06-15-2021 At 10:03 AM
CMP USA V TAYLOR (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2021__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 13, 1151, 1152 MCL 750.136b(5)(a) and/or (b) | Defendant, a non-Indian, within Indian country, as defined in 18 U.S.C. §1151, that is, the Isabella Reservation, knowingly and intentionally caused physical harm to a child and committed an act that under the circumstances posed an unreasonable risk of harm or injury to a child and the act resulted in physical harm to A.T., an Indian child, in violation of 18 U.S.C. sections 13, 1151, and 1152 and MCL 750.136b(5)(a) and/or (b). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
_____
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 6/15/2021

_____
Judge's signature

City and state: Flint, Michigan     Magistrate Judge Curtis Ivy, Jr.
_____
Printed name and title

## AFFIDAVIT FOR ARREST WARRANT OF KEVIN ALLEN TAYLOR

Off. Nick Diedrich, being duly sworn on oath, deposes and states the following:

1)      I am a police officer with the Saginaw Chippewa Tribal Police Department and have been a police officer for approximately 13 years. I am also a certified officer with the Bureau of Indian Affairs (BIA).  During the course of my duties I have investigated assault crimes. The facts set forth below are based upon my own personal knowledge, as well as information obtained from law enforcement officers, and other evidence I have reviewed.

2)      A.T. talked to the police on June 14, 2021. According to A.T., a 15-year-old Indian, on that day, A.T.'s father, Kevin Allen Taylor, a non-Indian, started following her with the lawn mower that he was on while calling her a prostitute and a slut. A.T. ran into the house and locked the door to get away from him. Kevin Taylor then entered the house and got on top of A.T. and grabbed a tablet out of her hands. Kevin dragged her onto the floor and dug his fingers into her eyes while he was intentionally punching her in the face several times.  The assault occurred at 2450 Sowmick Drive, Mt. Pleasant, Michigan. Affiant knows that location to be on the Isabella Reservation.

3)      The police examined A.T. and noticed that A.T.'s left eye was swollen and that her lip was swollen and had an open cut.

1

4) A witness, Margaret Rosario, told the police that she saw the part of the instant offense which happened outside. Rosario told police that she saw A.T. riding a hover board. Rosario saw Taylor swerve the lawn mower that he was on toward A.T. and that it appeared that Kevin's intention was to run A.T. over with the lawn mower.

5) Kevin Taylor has three separate prior convictions for domestic violence. A.T. told the police that Kevin has abused her in the past including an incident when Kevin strangled A.T.

6) Based on these facts, there is probable cause to believe Kevin Allen Taylor did commit a Child Abuse in the 3rd degree against A.T., in violation of Title 18 United States Code, Section 13, 1151, 1152, and MCL 750.136b(5)(a) and/or (b).

Nick Diedrich
Bureau of Indian Affairs

Sworn to before me and signed in my presence,
and/or by reliable electronic means.

_____
Curtis Ivy, Jr.
United States Magistrate Judge

2